449

the exporter in Mexico, with instructions to clear the merchandise through the customs. To that end, it employed the customs brokerage firm of William J. Oberle, Inc., the petitioner herein. The witness stated that to the best of his knowledge the invoice values represented the correct dutiable values.

Counsel for the Government claims that on this record petitioner has failed to bring itself within the statute in that it has not shown that in undervaluing the merchandise it was acting in good faith. The court is satisfied from the evidence produced that the importer acted in good faith and that it had no intention to defraud the Government or deceive its officials. The petition is therefore granted.

BEFORE THE SECOND DIVISION, APRIL 10, 1952

No. 56541.—Max Schlossberg Co. v. United States, protest 151520–K (Detroit).

Opinion by LAWRENCE, J. It was stipulated that the merchandise in controversy at the time of entry consisted of articles of which metal was the component material of chief value and were not ores or concentrates or crude metal; that said articles were imported to be used in remanufacture by melting; and that since entry, said articles were melted and remanufactured by melting. An examination of the papers disclosed that affidavits have been filed in accordance with regulations prescribed by the Secretary of the Treasury pursuant to Public Law 869, supra. Upon the record presented, it was held that the merchandise comes within the provisions of Public Law 869, supra, and is properly entitled to free entry.

No. 56542.—Ciba Pharmaceutical Products, Inc., et al. v. United States, protests 162685–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 56543.—John H. Graham & Co., Inc., and L'Italiana v. United States, protests 168853–K and 177577–K (A) (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 56544.—The American Import Co. et al. v. United States, protests 774945–G, etc. (Seattle).

Opinion by FORD, J. The protests were dismissed.

No. 56545.—The American Import Co. and Meier & Frank Co. v. United States, protests 782215–G and 793092–G (Portland, Oreg.).

Opinion by FORD, J. The protests were dismissed.

No. 56546.—Franco American Novelty Co., Inc., and John Wanamaker, N. Y. v. United States, protests 172135–K and 173214–K (New York).

Opinion by FORD, J. The protests were dismissed.